UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BARBOSA, | ) CV 07-1792 LEW |
| Plaintiff, | ) **ORDER TO SHOW CAUSE WHY** |
| v. | ) **NOTICE OF REMOVAL SHOULD** |
| | ) **NOT BE REJECTED** |
| SEARS HOLDING CORPORATION, SEARS ROEBUCK AND CO., ELECTROLUX N.A., INC., | ) |
| Defendants. | ) |

Before the Court is Defendants' "Notice of Removal of Action." This Notice of Removal is untimely. Therefore, the Court will reject the Notice of Removal unless Defendants can establish that the untimeliness may properly be ignored.

Plaintiff's complaint was filed in the Superior Court of the State of California, San Joaquin County, on July 13, 2007. Defendants Sears, Roebuck and Co.,

and Sears Holdings Corporation state that they received a copy of Plaintiff's complaint on July 30, 2007.

A Notice of Removal must be filed within 30 days of receipt of the state complaint. 28 U.S.C. § 1446(b). The 30th day after receipt of the state complaint was August 29, 2007. Although Defendants' Notice of Removal was dated August 29, it was not filed with this Court until 3:36 P.M. on August 30, 2007.

This Court has no discretion to permit an untimely notice of removal. See United States ex rel. Walker v. Gunn, 511 F.2d 1024, 1026 (9th Cir. 1975) ("[T]he statute, insofar as the time for removal is concerned, is imperative and mandatory, must be strictly complied with, and is to be narrowly construed.").

Therefore, Defendants are hereby ordered to show cause, no later than October 22, 2007, why the Notice of Removal should not be rejected.

**IT IS SO ORDERED.**

*[signature: Ronald S.W. Lew]*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Judge

DATED: October 11, 2007

2