UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BARBOSA, | ) CV 07-1792 LEW |
| Plaintiff, | ) **ORDER REMANDING ACTION TO STATE COURT** |
| v. | ) |
| SEARS HOLDING CORPORATION, SEARS ROEBUCK AND CO., ELECTROLUX N.A., INC., | ) |
| Defendants. | ) |

Before the Court is Defendants' "Notice of Removal of Action."  This Notice of Removal is untimely.

Plaintiff's complaint was filed in the Superior Court of the State of California, San Joaquin County, on July 13, 2007.  Defendants Sears, Roebuck and Co., and Sears Holdings Corporation state that they received a copy of Plaintiff's complaint on July 30, 2007.

1  A Notice of Removal must be filed within 30 days of
2 receipt of the state complaint.  28 U.S.C. § 1446(b).
3 The 30th day after receipt of the state complaint was
4 August 29, 2007.  Although Defendants' Notice of
5 Removal was dated August 29, it was not filed with this
6 Court until 3:36 P.M. on August 30, 2007.
7  This Court has no discretion to permit an untimely
8 notice of removal.  <u>See United States ex rel. Walker v.</u>
9 <u>Gunn</u>,511 F.2d 1024, 1026 (9th Cir. 1975) ("[T]he
10 statute, insofar as the time for removal is concerned,
11 is imperative and mandatory, must be strictly complied
12 with, and is to be narrowly construed.").
13  On October 17, 2007, Defendant filed a Notice of
14 Non-Opposition to the Court's Order to Show Cause Why
15 Notice of Removal Should Not Be Rejected.
16 Defendants have conceded that grounds do not exists to
17 maintain the action in Federal Court.
18  Therefore, the action is hereby REMANDED to
19 Superior Court of California, County of San Joaquin
20 (CV033103).

**IT IS SO ORDERED.**

*/s/ Ronald S.W. Lew*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Judge

DATED: October 18, 2007

2